BARBARA A. MATTHEWS (SBN 185094)
Assistant U.S. Trustee
LYNETTE C. KELLY (SBN 120799)
Trial Attorney
UNITED STATES DEPARTMENT OF JUSTICE
Office of the United States Trustee
1301 Clay Street, Suite 690N
Oakland, California 94612-5217
Telephone: (510) 637-3200
lynette.c.kelly@usdoj.gov

Attorneys for Acting United States Trustee,
AUGUST B. LANDIS

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

In re: ) Case No. 11-45612 WJL
)
MARCO GUTIERREZ ) Chapter 7
)
     Debtor. ) Date: July 20, 2011
) Time: 9:30 a.m.
) Place: 1300 Clay Street, Oakland, CA
)    Courtroom 220

**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION FOR ORDER OF CIVIL CONTEMPT AND SANCTIONS AGAINST DEBTOR MARCO GUTIERREZ**

  Pursuant to Federal Rule of Evidence 201, made applicable to bankruptcy proceedings pursuant to Federal Rule of Bankruptcy Procedure 9017, the United States Trustee hereby requests that this Court take judicial notice of the following documents that were filed in the cases listed below:

  1. *In re Marco Gutierrez*, Case No 07-42634, in the Northern District of California (Oakland): Bankruptcy petition filed by Marco Gutierrez and Jennifer Gutierrez, and Order Dismissing Case entered on 4/23/2008. Exhibit 1

  2. *In re Marco Gutierrez*, Case No 08-42667, in the Northern District of California (Oakland): Bankruptcy petition filed by Marco Gutierrez and Jennifer Gutierrez, and Order Dismissing Case entered on 8/5/2008. Exhibit 2

  3. *In re Marco Gutierrez*, Case No 08-44503, in the Northern District of California (Oakland): Bankruptcy petition filed by Marco Gutierrez and Jennifer Gutierrez,

Request For Judicial Notice in Support of Motion For Contempt And Sanctions
11-45612 WJL     1
Case: 11-45612 Doc# 18 Filed: 06/15/11 Entered: 06/15/11 15:23:28 Page 1 of 3

|   |   |   |
|---|---|---|
| 1 | | and Order Discharging Debtors entered on 5/27/2009.  Exhibit 3 |
| 2 | 4. | *In re Marco Gutierrez*, Case No 09-47870, in the Northern District of California (Oakland): Bankruptcy petition filed by Marco Gutierrez and Jennifer Gutierrez, and Order Dismissing Case entered on 11/16/2009.  Exhibit 4 |
| 5 | 5. | *In re Marco Gutierrez*, Case No 09-71187, in the Northern District of California (Oakland): Bankruptcy petition filed by Marco Gutierrez and Jennifer Gutierrez, and Order Dismissing Case entered on 3/11/2010.  Exhibit 5 |
| 8 | 6. | *In re Marco Antonio Gutierrez*, Case No. 10-43861, in the Northern District of California (Oakland): Bankruptcy petition filed by Marco Antonio Gutierrez, and Order Dismissing Case With Prejudice And Bar To Refiling entered on 6/10/2010.  Exhibit 6 |
| 12 | 7. | *In re Marco Gutierrez*, Case No.10-46953, in the Northern District of California (Oakland): Bankruptcy petition filed by Marco Gutierrez, and Order Dismissing Case entered on 7/8/2010.  Exhibit 7 |
| 15 | 8. | *In re Marco Gutierrez*, Case No.10-48501, in the Northern District of California (Oakland): Bankruptcy petition filed by Marco Gutierrez, and Order of Contempt and Dismissal with Prejudice entered on 8/3/2010.  Exhibit 8 |
| 18 | 9. | *In re Marco Gutierrez*, Case No.10-74759, in the Northern District of California (Oakland): Bankruptcy petition filed by Marco Gutierrez, and Order Dismissing Case entered on 1/6/2011.  Exhibit 9 |
| 21 | 10. | *In re Marco Gutierrez*, Case No. 11-40886, in the Northern District of California (Oakland): Bankruptcy petition filed by Marco Gutierrez, and Order Finding Debtor In Contempt entered on 4/8/2011.  Exhibit 10 |

///
///
///
///
///

Request For Judicial Notice in Support of Motion For Contempt And Sanctions
11-45612 WJL

2
Case: 11-45612   Doc# 18   Filed: 06/15/11   Entered: 06/15/11 15:23:28   Page 2 of 3

1 | True and correct copies of the dockets related to these cases and the above relevant
2 | documents are attached.
3 | Dated: June 15, 2011                                    BARBARA A. MATTHEWS
                                                                Assistant United States Trustee
4 |
                                                    By:    *Lynette C. Kelly*
5 |                                                         Lynette C. Kelly
                                                            Trial Attorney
6 |
                                                            Attorneys for the Acting U.S. Trustee,
7 |                                                         August B. Landis

Request For Judicial Notice in Support of Motion For Contempt And Sanctions
11-45612 WJL

3

Case: 11-45612   Doc# 18   Filed: 06/15/11   Entered: 06/15/11 15:23:28   Page 3 of 3