# EXHIBIT 1

| United States Bankruptcy Court | | |
|---|---|---|
| NORTHERN DISTRICT OF CALIFORNIA | | |

| Name of Debtor (if individual, enter Last, First, Middle): | Name of Joint Debtor (Spouse)(Last, First, Middle): |
|---|---|
| Gutierrez, Marco | Gutierrez, Jennifer |
| All Other Names used by the Debtor in the last 8 years (include married, maiden, and trade names): aka Gutierrez, Marco, Antonio | All Other Names used by the Joint Debtor in the last 8 years (include married, maiden, and trade names): aka Gutierrez, Jennifer, Vera, aka Lee, Jennifer, Vera |
| Last four digits of Soc. Sec./Complete EIN or other Tax I.D. No. (if more than one, state all): 1976 | Last four digits of Soc. Sec./Compete EIN or other Tax I.D. No. (if more than one, state all): 8092 |
| Street Address of Debtor (No. & Street, City, and State): 3985 Bolinas Place DISCOVERY BAY CA    ZIPCODE 94514 | Street Address of Joint Debtor (No. & Street, City, and State): 3985 Bolinas Place DISCOVERY BAY CA    ZIPCODE 94514 |
| County of Residence or of the Principal Place of Business:  CONTRA COSTA | County of Residence or of the Principal Place of Business:  CONTRA COSTA |
| Mailing Address of Debtor (if different from street address): SAME    ZIPCODE | Mailing Address of Joint Debtor (if different from street address): SAME    ZIPCODE |
| Location of Principal Assets of Business Debtor (if different from street address above):  NOT APPLICABLE | ZIPCODE |

| Type of Debtor (Form of organization) (Check one box.) ☒ Individual (includes Joint Debtors) See Exhibit D on page 2 of this form. ☐ Corporation (includes LLC and LLP) ☐ Partnership ☐ Other (if debtor is not one of the above entities, check this box and state type of entity below | Nature of Business (Check one box.) ☐ Health Care Business ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B) ☐ Railroad ☐ Stockbroker ☐ Commodity Broker ☐ Clearing Bank ☐ Other | Chapter of Bankruptcy Code Under Which the Petition is Filed (Check one box) ☐ Chapter 7   ☐ Chapter 15 Petition for Recognition ☐ Chapter 9   of a Foreign Main Proceeding ☒ Chapter 11 ☐ Chapter 12   ☐ Chapter 15 Petition for Recognition ☐ Chapter 13   of a Foreign Nonmain Proceeding |
|---|---|---|
| | | Nature of Debts (Check one box) ☒ Debts are primarily consumer debts, defined   ☐ Debts are primarily in 11 U.S.C. § 101(8) as "incurred by an   business debts. individual primarily for a personal, family, or household purpose" |
| | Tax-Exempt Entity (Check box, if applicable.) ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code). | Chapter 11 Debtors: Check one box: ☐ Debtor is a small business as defined in 11 U.S.C. § 101(51D). ☒ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D). |

| Filing Fee (Check one box) ☒ Full Filing Fee attached ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A. ☐ Filing Fee waiver requested (Applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | Check if: ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000. Check all applicable boxes: ☐ A plan is being filed with this petition ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |
|---|---|

| Statistical/Administrative Information | THIS SPACE IS FOR COURT USE ONLY |
|---|---|
| ☒ Debtor estimates that funds will be available for distribution to unsecured creditors. ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors. | |

| Estimated Number of Creditors | 1- 49 ☐ | 50- 99 ☒ | 100- 199 ☐ | 200- 999 ☐ | 1,000- 5,000 ☐ | 5,001- 10,000 ☐ | 10,001- 25,000 ☐ | 25,001 50,000 ☐ | 50,001- 100,000 ☐ | OVER 100,000 ☐ |
|---|---|---|---|---|---|---|---|---|---|---|

| Estimated Assets | $0 to $10,000 ☐ | $10,000 to $100,000 ☐ | $100,001 to $1 million ☐ | $1 million to $100 million ☒ | Over $100 million ☐ |
|---|---|---|---|---|---|

| Estimated Liabilities | $0 to $50,000 ☐ | $50,000 to $100,000 ☐ | $100,001 to $1 million ☐ | $1 million to $100 million ☒ | More than $100 million ☐ |
|---|---|---|---|---|---|

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>***Marco  Gutierrez and***<br>***Jennifer Gutierrez*** | |
|---|---|---|
| **All Prior Bankruptcy Cases Filed Within Last 8 Years** | (If more than two, attach additional sheet) | |
| Location Where Filed:<br>*NONE* | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** | (If more than one, attach additional sheet) | |
|---|---|---|
| Name of Debtor:<br>*NONE* | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A**<br>(To be completed if debtor is required to file periodic reports<br>(e.g., forms 10K and 10Q) with the Securities and Exchange<br>Commission pursuant to Section 13 or 15(d) of the Securities<br>Exchange Act of 1934 and is requesting relief under Chapter 11)<br><br>☐ Exhibit A is attached and made a part of this petition | **Exhibit B**<br>(To be completed if debtor is an individual<br>whose debts are primarily consumer debts)<br>I, the attorney for the petitioner named in the foregoing petition, declare that I<br>have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12<br>or 13 of title 11, United States Code, and have explained the relief available under<br>each such chapter. I further certify that I have delivered to the debtor the notice<br>required by 11 U.S.C. §342(b).<br><br>X   /S/Mufthiha Sabaratnam   8/20/2007<br>Signature of Attorney for Debtor(s)          Date |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health
or safety?

☐ Yes, and exhibit C is attached and made a part of this petition.
☒ No

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☒ Exhibit D completed and signed by the debtor is attached and made part of this petition.
If this is a joint petition:
☒ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately
preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no
principal place of business or assets in the United States but is a defendant in an action proceeding [in a federal or state court] in this District, or
the interests of the parties will be served in regard to the relief sought in this District.

**Statement by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be
permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for
possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day
period after the filing of the petition.

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Marco Gutierrez and** |
| | **Jennifer Gutierrez** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b)

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Marco Gutierrez**
Signature of Debtor

X **/s/ Jennifer Gutierrez**
Signature of Joint Debtor

Telephone Number (if not represented by attorney)

**8/20/2007**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
(Signature of Foreign Representative)

_____
(Printed name of Foreign Representative)

**8/20/2007**
(Date)

### Signature of Attorney

X **/s/ Mufthiha Sabaratnam**
Signature of Attorney for Debtor(s)

**Mufthiha Sabaratnam, Esq. 162982**
Printed Name of Attorney for Debtor(s)

**SABARATNAM & ASSOCIATES**
Firm Name

**1300 Clay Street**
Address

**Suite 600**

**Oakland CA 94612**

**(510)205-0986**
Telephone Number

**8/20/2007**
Date

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

**8/20/2007**
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19B is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

Social Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

Address

X _____

_____
Date
Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA

In re *Marco   Gutierrez*
   *and*
   *Jennifer Gutierrez*

Case No.
Chapter   *11*

_____

**Debtor(s)**

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**WARNING: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

☒  1. Within the 180 days  **before the filing of my bankruptcy case,**  I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐  2. Within the 180 days  **before the filing of my bankruptcy case,**  I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not I have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 15 days after your bankruptcy case is filed.*

☐  3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the five days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now.      *[Must be accompanied by a motion for determination by the court.] [Summarize exigent circumstances here.]*

**If the court is satisfied with the reasons stated in your motion, it will send you an order approving your request. You must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy case and promptly file a certificate from the agency that provided the briefing, together with a copy of any debt management plan developed through the agency. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. A motion for extension must be filed within the 30-day period. Failure to fulfill these requirements may result in dismissal of your case. If the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing, your case may be dismissed.**

Official Form 1, Exhibit D (10/06) West Group, Rochester, NY

☐     4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement]*
*[Must be accompanied by a motion for determination by the court.]*

     ☐    Incapacity. (Defined in 11 U.S.C. § 109 (h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);
     ☐    Disability. (Defined in 11 U.S.C. § 109 (h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);
     ☐    Active military duty in a military combat zone.

☐     5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

I certify under penalty of perjury that the Information provided above is true and correct.

Signature of Debtor:    */s/ Jennifer Gutierrez*

Date:   *8/20/2007*

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA

In re **Marco Gutierrez**
**and**
**Jennifer Gutierrez**

Case No.
Chapter **11**

_____
Debtor(s)

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**WARNING: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

☒ 1. Within the 180 days **before the filing of my bankruptcy case,** I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case,** I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 15 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the five days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Must be accompanied by a motion for determination by the court.] [Summarize exigent circumstances here.]*

If the court is satisfied with the reasons stated in your motion, it will send you an order approving your request. You must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy case and promptly file a certificate from the agency that provided the briefing, together with a copy of any debt management plan developed through the agency. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. A motion for extension must be filed within the 30-day period. Failure to fulfill these requirements may result in dismissal of your case. If the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing, your case may be dismissed.

Official Form 1, Exhibit D (10/06) West Group, Rochester, NY

☐    4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement]*
*[Must be accompanied by a motion for determination by the court.]*

        ☐    Incapacity. (Defined in 11 U.S.C. § 109 (h)(4) as impaired by reason of mental illness or mental deficiency
so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

        ☐    Disability. (Defined in 11 U.S.C. § 109 (h)(4) as physically impaired to the extent of being unable, after
reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

        ☐    Active military duty in a military combat zone.

☐    5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement
of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:    */s/ Marco Gutierrez*

Date:    *8/20/2007*

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA

In re *Marco   Gutierrez and Jennifer Gutierrez*

Case No.
Chapter  *11*

_____/ Debtor

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts from Schedules D, E and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data"if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | Attached (Yes/No) | No. of Sheets | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A-Real Property | Yes | 2 | $    6,310,000.00 | | |
| B-Personal Property | Yes | 3 | $       199,200.00 | | |
| C-Property Claimed as Exempt | Yes | 1 | | | |
| D-Creditors Holding Secured Claims | Yes | 3 | | $    5,155,126.00 | |
| E-Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 2 | | $       194,826.50 | |
| F-Creditors Holding Unsecured Nonpriority Claims | Yes | 4 | | $       673,285.65 | |
| G-Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H-Codebtors | Yes | 1 | | | |
| I-Current Income of Individual Debtor(s) | Yes | 1 | | | $        0.00 |
| J-Current Expenditures of Individual Debtor(s) | Yes | 1 | | | $        0.00 |
| TOTAL | | 19 | $    6,509,200.00 | $    6,023,238.15 | |

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA

In re *Marco   Gutierrez and Jennifer Gutierrez*

Case No.

Chapter *11*

_____ / Debtor

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8)), filing a case under chapter 7, 11, or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

### This information is for statistical purposes only under 28 U.S.C. § 159.

Summarize the following types of liabilities, as reported in the Schedules, and total them.

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $ *0.00* |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) (whether disputed or undisputed) | $ *194,826.50* |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) | $ *0.00* |
| Student Loan Obligations (from Schedule F) | $ *0.00* |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $ *0.00* |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $ *0.00* |
| TOTAL | $ *194,826.50* |

State the following:

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | $ *0.00* |
| Average Expenses (from Schedule J, Line 18) | $ *0.00* |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20) | $ *0.00* |

State the following:

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $ *175,312.00* |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | $ *194,826.50* | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $ *0.00* |
| 4. Total from Schedule F | | $ *673,285.65* |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $ *848,597.65* |

Official Form 6, Declaration (10/06) West Group, Rochester, NY

In re **Marco   Gutierrez and Jennifer Gutierrez**                     Case No. _____

Debtor                                                                            (if known)

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY AN INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of    _20_    sheets, and that they are true and correct to the best of my knowledge, information and belief.

Date: **8/20/2007**                          Signature  /S/   *Marco   Gutierrez*
                                                              **Marco   Gutierrez**

Date: **8/20/2007**                          Signature  /S/ Jennifer Gutierrez
                                                              **Jennifer Gutierrez**

Form B4 (10/05) West Group, Rochester, NY

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA

In re *Marco   Gutierrez*
         *aka Gutierrez, Marco, Antonio*
             *and*
     *Jennifer Gutierrez*
         *aka Gutierres, Jennifer, Vera*
         *aka Lee, Jennifer, Vera*

Case No.
Chapter *11*

_____/ Debtor

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims.  The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case.  The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m)

| Name of Creditor and Complete Mailing Address including Zip Code | Name, Telephone Number and Complete Mailing Address, Including Zip Code, of Employee, Agent, or Department of Creditor Familiar with Claim Who may be Contacted | Nature of Claim (Trade Debt, Bank Loan, Government Contract, etc.) | Indicate if Claim is Contingent, Unliquidated, Disputed, or subject to Setoff | Amount of Claim (if Secured also State Value of Security) |
|---|---|---|---|---|
| *1*<br>*IRS*<br>*1301 Clay Street*<br>*OAKLAND CA   94612* | Phone:.<br>*IRS*<br>*1301 Clay Street*<br>*OAKLAND CA   94612* | | | *$ 171,520.50* |
| *2*<br>*WASHINGTON MUTUAL BANK*<br>*P.O. BOX 78065*<br>*PHOENIX AZ   85062-8065* | Phone:<br>*WASHINGTON MUTUAL BANK*<br>*P.O. BOX 78065*<br>*PHOENIX AZ   85062-8065* | *2ND MORTGAGE*<br><br>                     *\*Value:*<br>          *Net Unsecured:*<br>       *\*Prior Liens Exist* | | *$ 152,000.00*<br><br>*$ 600,000.00*<br>*$ 152,000.00* |
| *3*<br>*TULARE COUNTY RECORDER*<br>*COUNTY CIVIC CNETER*<br>*VISALIA CA   93291* | Phone:<br>*TULARE COUNTY RECORDER*<br>*COUNTY CIVIC CNETER*<br>*VISALIA CA   93291* | *JUDGMENT* | | *$ 98,701.00* |
| *4*<br>*SACRAMENTO COUNTY RECORDER*<br>*600 EIGHTH STREET*<br>*SACRAMENTO CA   95814* | Phone:<br>*SACRAMENTO COUNTY RECORDER*<br>*600 EIGHTH STREET*<br>*SACRAMENTO CA   95814* | | | *$ 98,701.00* |

Page  1

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| Name of Creditor and Complete Mailing Address including Zip Code | Name, Telephone Number and Complete Mailing Address, including Zip Code, of Employee, Agent, or Department of Creditor Familiar with Claim Who may be Contacted | Nature of Claim (Trade Debt, Bank Loan, Government Contract, etc.) | Indicate if Claim Is Contingent, Unliquidated, Disputed, or subject to Setoff | Amount of Claim (if Secured also State Value of Security) |
|---|---|---|---|---|
| 5<br>CONTRA COSTA CITY RECORDER<br>725 COURT STREET<br>MARTINEZ CA 94553 | Phone:<br>CONTRA COSTA CITY RECORDER<br>725 COURT STREET<br>MARTINEZ CA 94553 | JUDGMENT | | $ 46,147.00 |
| 6<br>ANTIOCH SCHOOLS FCU<br>P.O. BOX 2566<br>ANTIOCH CA 94531 | Phone:<br>ANTIOCH SCHOOLS FCU<br>P.O. BOX 2566<br>ANTIOCH CA 94531 | AUTO LOAN | | $ 41,166.00 |
| 7<br>JOHNSON, MORGAN & WHITE<br>6800 BROKEN SOUND PARKWAY<br>BOCA RATON FL 33487 | Phone:<br>JOHNSON, MORGAN & WHITE<br>6800 BROKEN SOUND PARKWAY<br>BOCA RATON FL 33487 | OFFICE RENT | | $ 29,409.47 |
| 8<br>MADERA COUNTY RECORDER<br>209 WEST YOSEMITE AVENUE<br>MADERA CA 93637 | Phone:<br>MADERA COUNTY RECORDER<br>209 WEST YOSEMITE AVENUE<br>MADERA CA 93637 | JUDGMENT | | $ 27,432.00 |
| 9<br>CONTRA COSTA CITY RECORDER<br>725 COURT STREET<br>MARTINEZ CA 94553 | Phone:<br>CONTRA COSTA CITY RECORDER<br>725 COURT STREET<br>MARTINEZ CA 94553 | JUDGEMENT | | $ 26,797.00 |
| 10<br>IRS<br>1301 Clay Street<br>OAKLAND CA 94612 | Phone:<br>IRS<br>1301 Clay Street<br>OAKLAND CA 94612 | | | $ 23,042.00 |
| 11<br>ANTIOCH COMMUNITY CREDIT UNION<br>301 G Street<br>ANTIOCH CA 94509 | Phone:<br>ANTIOCH COMMUNITY CREDIT UNION<br>301 G Street<br>ANTIOCH CA 94509 | | Value:<br>Net Unsecured: | $ 85,069.00<br>$ 70,000.00<br>$ 15,069.00 |
| 12<br>SALLIE MAE<br>P.O. BOX 9500<br>WILKES BARRE PA 18773-9500 | Phone:<br>SALLIE MAE<br>P.O. BOX 9500<br>WILKES BARRE PA 18773-9500 | | | $ 13,789.94 |

Page 2

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| Name of Creditor and Complete Mailing Address including Zip Code | Name, Telephone Number and Complete Mailing Address, including Zip Code, of Employee, Agent, or Department of Creditor Familiar with Claim Who may be Contacted | Nature of Claim (Trade Debt, Bank Loan, Government Contract, etc.) | Indicate if Claim is Contingent, Unliquidated, Disputed, or subject to Setoff | Amount of Claim (if Secured also State Value of Security) |
|---|---|---|---|---|
| 13<br>WASHINGTON MUTUAL BANK<br>P.O. BOX 23990<br>OAKLAND CA 94623 | Phone:<br>WASHINGTON MUTUAL BANK<br>P.O. BOX 23990<br>OAKLAND CA 94623 | Mortgage Loan<br><br>Value:<br>Net Unsecured: | | $ 607,385.00<br>$ 600,000.00<br>$ 7,385.00 |
| 14<br>CHASE BANK/LEGAL DEPT.<br>300 S. GRAND AVENUE 4TH FLOOR | Phone:<br>CHASE BANK/LEGAL DEPT.<br>300 S. GRAND AVENUE 4TH FLOOR | JUDGEMENT | | $ 6,048.87 |
| 15<br>PG&E<br>P.O. BOX 997300<br>SACRAMENTO CA 95899-7300 | Phone:<br>PG&E<br>P.O. BOX 997300<br>SACRAMENTO CA 95899-7300 | Utilities | | $ 3,824.81 |
| 16<br>RMS<br>340 INTERSTATE N. PARKWAY<br>P.O. BOX 723001<br>ATLANTA GA 31139-0001 | Phone:<br>RMS<br>340 INTERSTATE N. PARKWAY<br>P.O. BOX 723001<br>ATLANTA GA 31139-0001 | TELEPHONE | | $ 2,342.82 |
| 17<br>CREDIT COLLECTION SERVICES<br>TWO WELLS AVENUE<br>NEWTON MA 02459 | Phone:<br>CREDIT COLLECTION SERVICES<br>TWO WELLS AVENUE<br>NEWTON MA 02459 | | | $ 2,010.36 |
| 18<br>BANK OF AMERICA<br>P.O. BOX 15710<br>WILMINGTON DE 19886-5710 | Phone:<br>BANK OF AMERICA<br>P.O. BOX 15710<br>WILMINGTON DE 19886-5710 | Credit Card | | $ 1,931.56 |
| 19<br>ANTIOCH SCHOOLS FCU<br>P.O. BOX 2566<br>ANTIOCH CA 94531 | Phone:<br>ANTIOCH SCHOOLS FCU<br>P.O. BOX 2566<br>ANTIOCH CA 94531 | 2002 BMW 745<br><br>Value:<br>Net Unsecured: | | $ 32,858.00<br>$ 32,000.00<br>$ 858.00 |
| 20<br>DELTA MUNICIPAL COURT<br>P.O. BOX 431<br>PITTSBURG CA 94565 | Phone:<br>DELTA MUNICIPAL COURT<br>P.O. BOX 431<br>PITTSBURG CA 94565 | JUDGMENT | | $ 800.00 |

Form B4 (10/05) West Group, Rochester, NY

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I, Marco Gutierrez, Jennifer Gutierrez _____ of the **Individual Debtor** named as debtor in this case, declare under penalty of perjury that I have read the foregoing List of Creditors Holding Twenty Largest Unsecured Claims and that they are true and correct to the best of my knowledge, information and belief.

Date: **8/20/2007**     Signature **/s/ Marco   Gutierrez** _____
                        Name: **Marco   Gutierrez**

Date: **8/20/2007**     Signature **/s/ Jennifer Gutierrez** _____
                        Name: **Jennifer Gutierrez**

Page 4

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I, _____Marco Gutierrez & Jennifer Gutierrez_____ of the *Individual Debtor* named
as debtor in this case, declare under penalty of perjury that I have read the foregoing List of Creditors Holding Twenty Largest Unsecured Claims and that
they are true and correct to the best of my knowledge, information and belief.

Date: *8/20/2007*     Signature _/s/ Marco Gutierrez_
                      Name: *Marco Gutierrez*

Date: *8/20/2007*     Signature _/s/ Jennifer Gutierrez_
                      Name: *Jennifer Gutierrez*

FORM B6A (10/05) West Group, Rochester, NY

In re <u>**Marco** **Gutierrez and Jennifer Gutierrez**</u> / Debtor     Case No._____

(if known)

## SCHEDULE A-REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether the husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G-Executory Contracts and Unexpired Leases.

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C-Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband—H Wife—W Joint—J Community—C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| 3985 Bolinas Place<br>Discovery Bay, CA 94514 | Pricipal Residence | W | $ 2,200,000.00 | $ 1,719,663.00 |
| 22252 96th Avenue<br>Terra Bella, CA 93270 | Rental | C | $ 450,000.00 | $ 399,604.00 |
| 9521 Perrett Road<br>Patterson, CA 9536.3 | Lot | C | $ 500,000.00 | $ 380,000.00 |
| 500 East Yosemite Avenue<br>Madera, CA. 93638 | Building | C | $ 390,000.00 | $ 271,900.00 |
| 8060 Balfour Rd.<br>Brentwood, CA. 94513 | 2nd Home | C | $ 1,350,000.00 | $ 893,557.00 |
| 1116 Sonora Street<br>Madera, CA 93638 | Rental | C | $ 270,000.00 | $ 0.00 |
| 2281 Fairfield Avenue<br>Concord, CA. 94520 | Rental | C | $ 550,000.00 | $ 530,721.00 |

___1___ continuation sheets attached

FORM B6A (10/05) West Group, Rochester, NY

In re <u>**Marco**    **Gutierrez and Jennifer Gutierrez**</u>_____/ Debtor     Case No._____

(if known)

# SCHEDULE A-REAL PROPERTY

(Continuation Sheet)

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband--H Wife--W Joint--J Community--C | | Current Value of Debtor's Interest, In Property Without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|---|
| 516 Stirling Court, Discovery Bay, CA 94514 | Fee Simple | | C | $ 600,000.00 | $ 600,000.00 |
| | | | | | |

Sheet No. 1  of  1  continuation sheets attached to Schedule of Real Property
(Report also on Summary of Schedules.)

**TOTAL $**     6,310,000.00

In re **Marco  Gutierrez and Jennifer Gutierrez**                    / Debtor        Case No. _____

## SCHEDULE B-PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "X" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, or both own property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C-Property Claimed as Exempt.

Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G-Executory Contracts and Unexpired Leases. If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

| Type of Property | None | Description and Location of Property | Husband--H<br>Wife--W<br>Joint--J<br>Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand. | | *cash*<br>*Location: In debtor's possession* | C | $ 100.00 |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | *Bank Accounts*<br>*UMPQUA:*<br>*Account Number 9990739245*<br>*Location: P.O. Box 1820*<br>*Roseburg, OR. 97470* | C | $ 500.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | *Furniture, Televisions, Appliances*<br>*Location: In debtor's possession* | C | $ 2,500.00 |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | *books, pictures, miscellaneous*<br>*Location: In debtor's possession* | C | $ 500.00 |
| 6. Wearing apparel. | | *clothing*<br>*Location: In debtor's possession* | C | $ 500.00 |
| 7. Furs and jewelry. | | *jewelry*<br>*Location: In debtor's possession* | C | $ 100.00 |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interest in an education IRA as defined in 26 U.S.C. 530(b)(1) or under a qualified State tuition plan as defined in | X | | | |

Page   1   of   3

In re *Marco Gutierrez and Jennifer Gutierrez* _____ / Debtor    Case No. _____

(if known)

## SCHEDULE B-PERSONAL PROPERTY

(Continuation Sheet)

| Type of Property | None | Description and Location of Property | Husband—H Wife—W Joint—J Community—C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 26 U.S.C. 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. 521(c); Rule 1007(b)). | | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Itemize. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | *Hidalgo Properties Inc.*<br>*Jennifer Gutierrez 50%*<br>*Marco Gutierrez 50%*<br>*Location: In debtor's possession* | J | *$ 0.00* |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts Receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owing debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule of Real Property. | X | | | |
| 20. Contingent and non-contingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | | *BROKER LICENSE-MARCO GUTIERREZ*<br>*Location: In debtor's possession* | C | *Unknown* |
| 24. Customer lists or other compilations containing personally identifiable information (as described in 11 U.S.C. 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers and other vehicles. | | *2002 BMW 745*<br>*Location: In debtor's possession* | C | *$ 32,000.00* |

Page __2__ of __3__

In re **_Marco  Gutierrez and Jennifer Gutierrez_** _____ / Debtor   Case No. _____

(if known)

## SCHEDULE B-PERSONAL PROPERTY

(Continuation Sheet)

| Type of Property | None | Description and Location of Property | Husband--H Wife--W Joint--J Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | _2003 Hummer H2_<br><br>_Location: In debtor's possession_ | C | $ 30,000.00 |
| | | _2005 Corvette Z06 Convertible_<br>_Location: In debtor's possession_ | C | $ 45,000.00 |
| | | _2004 BMW 760_<br>_Location: In debtor's possession_ | C | $ 70,000.00 |
| 26. Boats, motors, and accessories. | | _2005 Harley Davidson_<br>_Location: In debtor's possession_ | C | $ 18,000.00 |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

Page  3  of  3             Total ➔        $ 199,200.00

(Report total also on Summary of Schedules.)
Include amounts from any continuation sheets attached.

FORM B6C (4/07) Thomson West, Rochester, NY

In re **Marco   Gutierrez and Jennifer Gutierrez**_____ / Debtor     Case No. _____

## SCHEDULE C-PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:          ☐ Check if debtor claims a homestead exemption that exceeds $136,875.

(Check one box)

☐ 11 U.S.C. § 522(b) (2):

☒ 11 U.S.C. § 522(b) (3):

| Description of Property | Specify Law Providing each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemptions |
|---|---|---|---|
| *3985 Bolinas Place* | *Calif. C.C.P. §704.730(a)(2)* | $ 75,000.00 | $ 2,200,000.00 |
| *Furniture, Televisions, Applicances* | *Calif. C.C.P. §704.020(a)* | $ 2,500.00 | $ 2,500.00 |
| *clothing* | *Calif. C.C.P. §704.020(a)* | $ 500.00 | $ 500.00 |
| *jewelry* | *Calif. C.C.P. §704.040* | $ 100.00 | $ 100.00 |
| *2002 BMW 745* | *Calif. C.C.P. §704.060(a)* | $ 13,500.00 | $ 32,000.00 |
| *2003 Hummer H2* | *Calif. C.C.P. §704.010* | $ 2,550.00 | $ 30,000.00 |

Page No. ___1___ of ___1___

Official Form 6D (10/06)   West Group, Rochester, NY

In re <u>Marco   Gutierrez and Jennifer Gutierrez</u>                     ,          Case No._____
                                    Debtor(s)                                                                        (If known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, indicate that by stating "a minor child" and do not disclose the child's name. See U.S.C. § 112. If a "minor child" is stated, also include the name, address, and legal relationship to the minor child of a person described in Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primary consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| Creditor's Name and Mailing Address Including ZIP Code and Account Number (See Instructions Above.) | Co-Debtor | Date Claim was Incurred, Nature of Lien, and Description and Market Value of Property Subject to Lien  H—Husband W—Wife J—Joint C—Community | Contingent | Unliquidated | Disputed | Amount of Claim Without Deducting Value of Collateral | Unsecured Portion, If Any |
|---|---|---|---|---|---|---|---|
| Account No: **0145** <br><br> **Creditor # : 1** <br>**1ST UNITED SERVICES CREDIT UNI** <br>**P.O. BOX 11746** <br>**PLEASANTON CA 94588** | | C 08/2005 <br><br> **2005 Corvette Z06 Convertible** <br><br> Value: **$ 45,000.00** | | | | $ 44,655.00 | $ 0.00 |
| Account No: **9117** <br><br> **Creditor # : 2** <br>**AMC MORTGAGE SERVICES** <br>**505 City Parkway South #10** <br>**ORANGE CA 92866-3424** | | C 08/2005 <br> **1ST MORTGAGE** <br>**2281 Fairfield Ave** <br>**Concord CA** <br><br> Value: **$ 550,000.00** | | | | $ 420,000.00 | $ 0.00 |
| Account No: **0015** <br><br> **Creditor # : 3** <br>**ANTIOCH COMMUNITY CREDIT UNION** <br>**301 G Street** <br>**ANTIOCH CA 94509** | | C 05/2006 <br><br> **2004  BMW 760** <br><br> Value: **$ 70,000.00** | | | | $ 85,069.00 | $ 15,069.00 |

**2**    continuation sheets attached

| | | |
|---|---|---|
| Subtotal $ (Total of this page) | $ 549,724.00 | $ 15,069.00 |
| Total $ (Use only on last page) | | |

(Report also on Summary of Schedules.)    (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data)

Official Form 6D (10/06) - Cont. West Group, Rochester, NY

In re <u>Marco Gutierrez and Jennifer Gutierrez</u> , Case No._____
　　　　　　　　　Debtor(s)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address Including ZIP Code and Account Number (See Instructions Above.) | Co-Debtor | Date Claim was Incurred, Nature of Lien, and Description and Market Value of Property Subject to Lien H—Husband W—Wife J—Joint C—Community | Contingent | Unliquidated | Disputed | Amount of Claim Without Deducting Value of Collateral | Unsecured Portion, If Any |
|---|---|---|---|---|---|---|---|
| Account No: **4502**<br><br>**Creditor # : 4**<br>**ANTIOCH SCHOOLS FCU**<br>**P.O. BOX 2566**<br>**ANTIOCH CA 94531** | | C 7/07<br>2002 BMW 745<br><br>Value: $ 32,000.00 | | | | $ 32,858.00 | $ 858.00 |
| Account No: **4504**<br><br>**Creditor # : 5**<br>**ANTIOCH SCHOOLS FCU**<br>**P.O. BOX 2566**<br>**ANTIOCH CA 94531** | | C 07/07<br>2003 Hummer H2<br><br>Value: $ 30,000.00 | | | | $ 23,640.00 | $ 0.00 |
| Account No: **8978**<br><br>**Creditor # : 6**<br>**COUNTRYWIDE HOME LOANS**<br>**4500 Park Granada**<br>**CALABASAS CA 91302** | | C 06/07<br>1ST MORTGAGE<br>3985 Bolinas Place<br>Discovery<br><br>Value: $ 2,200,000.00 | | | | $ 1,519,799.00 | $ 0.00 |
| Account No:<br><br>**Creditor # : 7**<br>**EXCEL NATIONAL BANK**<br>**3920 BIRCH STREET, SUITE 104**<br>**NEWPORT BEACH CA** | C | mortgage loan<br>500 East Yosemite Avenue<br><br>Value: $ 390,000.00 | | | | $ 271,900.00 | $ 0.00 |
| Account No: **8498**<br><br>**Creditor # : 8**<br>**HARLEY-DAVIDSON CREDIT**<br>**1000 ARDEN WAY**<br>**SACRAMENTO CA 95615** | | C 07/2007<br>Motorcycle<br><br>Value: $ 18,000.00 | | | | $ 14,074.00 | $ 0.00 |
| Account No: **2875**<br><br>**Creditor # : 9**<br>**INDYMAC BANK**<br>**P.O. BOX 78826**<br>**PHOENIX AZ 85062-2930** | | C 07/2006<br>9521 Perrett Road<br><br>Value: $ 500,000.00 | | | | $ 380,000.00 | $ 0.00 |

Sheet no. 1　of 2　continuation sheets attached to Schedule of Creditors
Holding Secured Claims

Subtotal $ (Total of this page) $ 2,242,271.00 | $ 858.00

Total $ (Use only on last page)

(Report also on Summary of Schedules.)

(If applicable, report also on Statistical Summary of Certain Liabilities and Related Data)

Official Form 6D (10/06) - Cont. West Group, Rochester, NY

In re **Marco Gutierrez and Jennifer Gutierrez** , Case No. _____
Debtor(s)

(if known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address Including ZIP Code and Account Number (See Instructions Above.) | Co-Debtor | Date Claim was Incurred, Nature of Lien, and Description and Market Value of Property Subject to Lien  H—Husband W—Wife J—Joint C—Community | Contingent | Unliquidated | Disputed | Amount of Claim Without Deducting Value of Collateral | Unsecured Portion, If Any |
|---|---|---|---|---|---|---|---|
| Account No: **9998**  **Creditor # : 10** **INDYMAC BANK** **P.O. BOX 78826** **PHOENIX AZ 85062-2930** | | C **10/2005** **1ST MORTGAGE** **8060 Balfour Rd.** **Brentwood, CA**  Value: **$ 1,350,000.00** | | | | $ 893,557.00 | $ 0.00 |
| Account No: **0269**  **Creditor # : 11** **NATIONAL CITY MORTGAGE** **P.O. Box 1820** **DAYTON OH 45401** | | C **8/2007** **2ND MORTGAGE** **3985 Bolinas Place** **DISCOVERY BAY**  Value: **$ 2,200,000.00** | | | | $ 199,864.00 | $ 0.00 |
| Account No: **2889**  **Creditor # : 12** **SPECIALIZED LOAN SERVICES** **8742 LUCENT BLVD** **SUITE 300** **HIGHLANDS RANCH CO 80129** | | C **5/07**  **2281 Fairfield Avenue** **Concord, CA**  Value: **$ 550,000.00** | | | | $ 110,721.00 | $ 0.00 |
| Account No: **9064**  **Creditor # : 13** **WASHINGTON MUTUAL BANK** **P.O. BOX 78065** **PHOENIX AZ 85062-8065** | | C **9/2005** **2ND MORTGAGE** **516 Stirling Court** **Discovery Bay CA**  Value: **$ 600,000.00** | | | | $ 152,000.00 | $ 152,000.00 |
| Account No: **9049**  **Creditor # : 14** **WASHINGTON MUTUAL BANK** **P.O. BOX 23990** **OAKLAND CA 94623** | | C **9/15/2005** **Mortgage Loan** **516 Stirling Court** **Discovery Bay, CA**  Value: **$ 600,000.00** | | | | $ 607,385.00 | $ 7,385.00 |
| Account No: **4562**  **Creditor # : 15** **WILSHIRE CREDIT CORP** **P.O. BOX 8517** **PORTLAND OR 97207-8517** | | C **07/2007** **Mortgage Loan** **22252 96th Avenue** **Terra Bella, CA**  Value: **$ 450,000.00** | | | | $ 399,604.00 | $ 0.00 |

Sheet no. **2** of **2** continuation sheets attached to Schedule of Creditors

Holding Secured Claims

| | | |
|---|---|---|
| Subtotal $ (Total of this page) | $ 2,363,131.00 | $ 159,385.00 |
| Total $ (Use only on last page) | $ 5,155,126.00 | $ 175,312.00 |

(Report also on Summary of Schedules.)

(If applicable, report also on Statistical Summary of Certain Liabilities and Related Data)

Official Form 6 E (4/07) Thomson West, Rochester, NY

In re <u>Marco  Gutierrez and Jennifer Gutierrez</u>                              ,               Case No._____

                              Debtor(s)                                                                                                        (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C. § 112. If a "minor child" is stated, also include the name, address and legal relationship to the minor child of a person described in Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts who file a case under chapter 7 or 13 report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts NOT entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts who file a case under chapter 7 report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**     (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic Support Obligations**
    Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**
    Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**
    Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**
    Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**
    Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**
    Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☒ **Taxes and Certain Other Debts Owed to Governmental Units**
    Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
    Claims based on commitments to FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507(a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**
    Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

*Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

                           <u>1</u>   continuation sheets attached

Official Form 6E (4/07) - Cont. Thomson West, Rochester, NY

In re **Marco  Gutierrez and Jennifer Gutierrez** ,         Case No.
                              **Debtor(s)**                                                      (if known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)

Type of Priority for Claims Listed on This Sheet:    **Taxes and Certain Other Debts Owed to Governmental Units**

| Creditor's Name, Mailing Address Including ZIP Code, and Account Number (See Instructions above.) | Co-Debtor | Date Claim was Incurred and Consideration for Claim<br>H—Husband<br>W—Wife<br>J—Joint<br>C—Community | Contingent | Unliquidated | Disputed | Amount of Claim | Amount Entitled to Priority | Amount not Entitled to Priority, if any |
|---|---|---|---|---|---|---|---|---|
| Account No: *1138*<br>**Creditor # : 1**<br>**FRANCHISE TAX BOARD**<br>**P.O. BOX 942867**<br>**SACRAMENTO CA 94267-0011** | | C 10/18/2006 | | | | $ 264.00 | $ 264.00 | $ 0.00 |
| Account No: *8566*<br>**Creditor # : 2**<br>**IRS**<br>**1301 Clay Street**<br>**OAKLAND CA 94612** | | C 2006<br><br>941 and Income taxes | | | | $171,520.50 | $171,520.50 | $ 0.00 |
| Account No: *1138*<br>**Creditor # : 3**<br>**IRS**<br>**1301 Clay Street**<br>**OAKLAND CA 94612** | | C 2006/2007<br><br>Income taxes | | | | $ 23,042.00 | $ 23,042.00 | $ 0.00 |
| Account No: | | | | | | | | |
| Account No: | | | | | | | | |
| Account No: | | | | | | | | |

Sheet No.  *1* of  *1* continuation sheets attached
to Schedule of Creditors Holding Priority Claims

| | | |
|---|---|---|
| **Subtotal $**<br>(Total of this page) | 194,826.50 | 194,826.50 | 0.00 |
| **Total $**<br>(Use only on last page of the completed Schedule E. Report total also on Summary of Schedules) | 194,826.50 | | |
| **Total $**<br>(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | | 194,826.50 | 0.00 |

Official Form 6F (10/06) West Group, Rochester, NY

In re **Marco  Gutierrez and Jennifer Gutierrez**                    ,                    Case No._____

**Debtor(s)**                                                                    (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C. § 112. If "a minor child" is stated, also include the name, address, and legal relationship to the minor child of a person described in Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedules. Report this total also on the Summary of Schedules, and, if the debtor is an individual with primarily consumer debts filing a case under chapter 7, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| Creditor's Name, Mailing Address Including Zip Code, And Account Number (See instructions above.) | Co-Debtor | H—Husband W—Wife J—Joint C—Community | Date Claim was incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:   **4503**<br>**Creditor # : 1**<br>**ANTIOCH SCHOOLS FCU**<br>**P.O. BOX 2566**<br>**ANTIOCH CA 94531** | | C | **7/2007**<br>**AUTO LOAN**<br>**2002 BMW 745 REPOSSESED** | | | | $ 41,166.00 |
| Account No:   **2832**<br>**Creditor # : 2**<br>**AUBURN JUSTICE COURT**<br>**11544 B AVENUE**<br>**AUBURN CA 95603** | | C | **05/2007**<br>**JUDGMENT** | | | | $ 700.00 |
| Account No:   **2356**<br>**Creditor # : 3**<br>**BANK OF AMERICA**<br>**P.O. BOX 15710**<br>**WILMINGTON DE 19886-5710** | X | C | **07/21/2007**<br>**Credit Card** | | | | $ 1,931.56 |
| Account No:   **3552**<br>**Creditor # : 4**<br>**CHASE BANK/LEGAL DEPT.**<br>**300 S. GRAND AVENUE 4TH FLOOR** | | C | **06/06/2007**<br>**JUDGEMENT** | | | | $ 6,048.87 |

_3_ continuation sheets attached

Subtotal $          $ 49,846.43

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

Official Form 6F (10/06) · Cont. West Group, Rochester, NY

In re **Marco Gutierrez and Jennifer Gutierrez** , Case No. _____

          Debtor(s)                                            (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See Instructions above.) | Co-Debtor | H—Husband W—Wife J—Joint C—Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: **1138** <br> **Creditor # : 5** <br> CONTRA COSTA CITY RECORDER <br> 725 COURT STREET <br> MARTINEZ CA 94553 | | C | 12/2006 <br> JUDGMENT | | | | $ 46,147.00 |
| Account No: **1138** <br> **Creditor # : 6** <br> CONTRA COSTA CITY RECORDER <br> 725 COURT STREET <br> MARTINEZ CA 94553 | | C | 07/2006 <br> JUDGEMENT | | | | $ 26,797.00 |
| Account No: **1728** <br> **Creditor # : 7** <br> CREDIT COLLECTION SERVICES <br> TWO WELLS AVENUE <br> NEWTON MA 02459 | | C | 07/12/2007 <br> COLLECTION | | | | $ 239.71 |
| Account No: **4162** <br> **Creditor # : 8** <br> CREDIT COLLECTION SERVICES <br> TWO WELLS AVENUE <br> NEWTON MA 02459 | | C | 07/11/2007 | | | | $ 2,010.36 |
| Account No: **2834** <br> **Creditor # : 9** <br> CREDIT COLLECTION SERVICES <br> TWO WELLS AVENUE <br> NEWTON MA 02459 | | C | 05/07/2007 <br> COLLECTIONS <br> Hollywood Video | | | | $ 212.21 |
| Account No: **2683** <br> **Creditor # : 10** <br> DELTA MUNICIPAL COURT <br> P.O. BOX 431 <br> PITTSBURG CA 94565 | | C | 03/2006 <br> JUDGMENT | | | | $ 800.00 |

Sheet No. __1__ of __3__ continuation sheets attached to Schedule of        Subtotal $      $ 76,206.28

Creditors Holding Unsecured Nonpriority Claims                                    Total $

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

Official Form 6F (10/06) - Cont. West Group, Rochester, NY

In re **Marco   Gutierrez and Jennifer Gutierrez**                    ,        Case No._____

Debtor(s)                                                                                    (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H—Husband W—Wife J—Joint C—Community | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No:   1354 Creditor # : 11 IRS 1301 CLAY STREET OAKLAND CA 94612 | C | 6/19/2007 | | | | $ 0.00 |
| Account No:   2339 Creditor # : 12 JOHNSON, MORGAN & WHITE 6800 BROKEN SOUND PARKWAY BOCA RATON FL 33487 | C | 7/6/2007 OFFICE RENT | | | | $ 29,409.47 |
| Account No:   0959 Creditor # : 13 LTD Financial Services 7322 Southwest Freeway Suite 1600 HOUSTON TX 77074 | C | 7/17/2007 BANK FEES | | | | $ 0.00 |
| Account No:   1234 Creditor # : 14 MADERA COUNTY RECORDER 209 WEST YOSEMITE AVENUE MADERA CA 93637 | C | 10/2006 JUDGMENT | | | | $ 27,432.00 |
| Account No:   8781 Creditor # : 15 NELNET, INC P.O. Box 2970 OMAHA NE 68103-2970 | C | 07/11/2007 | | | | $ 582.04 |
| Account No:   18-3 Creditor # : 16 PG&E P.O. BOX 997300 SACRAMENTO CA 95899-7300 | C | 04/13/2007 Utilities | | | | $ 3,824.81 |

Sheet No. ___2___ of ___3___ continuation sheets attached to Schedule of

Creditors Holding Unsecured Nonpriority Claims

Subtotal $     $ 61,248.32

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

Official Form 6F (10/06) - Cont. West Group, Rochester, NY

In re **Marco   Gutierrez and Jennifer Gutierrez**                    ,          Case No._____
Debtor(s)                                                                          (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address Including Zip Code, And Account Number (See instructions above.) | Co-Debtor | H—Husband W—Wife J—Joint C—Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:<br>**Creditor # : 17**<br>**Pool Chlor Mechanical**<br>**291 Rickenbacker Circle**<br>**LIVERMORE CA 94551** | | C | 6/29/2007<br>Pool mechanic | | | | $ 549.86 |
| Account No: **2-NN**<br>**Creditor # : 18**<br>**RMS**<br>**340 INTERSTATE N. PARKWAY**<br>**P.O. BOX 723001**<br>**ATLANTA GA 31139-0001** | | C | 8/08/2007<br>TELEPHONE | | | | $ 2,342.82 |
| Account No: **0313**<br>**Creditor # : 19**<br>**SACRAMENTO COUNTY RECORDER**<br>**600 EIGHTH STREET**<br>**SACRAMENTO CA 95814** | | C | 11/2006 | | | | $ 98,701.00 |
| Account No: **72-1**<br>**Creditor # : 20**<br>**SALLIE MAE**<br>**P.O. BOX 9500**<br>**WILKES BARRE PA 18773-9500** | | C | 7/27/2007 | | | | $ 13,789.94 |
| Account No: **1438**<br>**Creditor # : 21**<br>**TULARE COUNTY RECORDER**<br>**COUNTY CIVIC CNETER**<br>**VISALIA CA 93291** | | C | 11/2006<br>JUDGMENT | | | | $ 98,701.00 |
| Account No: | | | | | | | |

Sheet No.   3 of   3 continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $    $ 214,084.62

Total $    $ 401,385.65

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

FORM B6G (10/05) West Group, Rochester, NY

In re **Marco   Gutierrez and Jennifer Gutierrez**                    / Debtor          Case No. _____

## SCHEDULE G-EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State the nature of debtor's interests in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, indicate that by stating "minor child" and do not disclose the child's name. See 11 U.S.C 112 Fed.R.Bankr.P. 1007(m).

☐ Check this box if the debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, including Zip Code, of other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether Lease is for Nonresidential Real Property. State Contract Number of any Government Contract. |
|---|---|
| **US Express Leasing**<br>**C/O Johnson, Morgan & White**<br>**6800 Broken Sound Parkway**<br>**BOCA RATON FL   33487** | Contract Type: **BUSINESS LEASE**<br>Terms:<br>Beginning date:<br>Debtor's Interest:<br>Description: **3727 Sunset Lane Suite 210**<br>              **Antioch, CA 94509**<br>Buyout Option: |

In re **Marco Gutierrez and Jennifer Gutierrez**          / Debtor          Case No. _____

# SCHEDULE H-CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California Idaho, Louisiana, Nevada, New Mexico, Puerto Rico Texas, Washington, or Wisconsin) within the eight year period immediately preeceding the commencement of the case, identify the name of the debtors spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory.In community property states, a married debtor not filing a joint case should report the name and address of the nondebtor spouse on this schedule. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, indicate that by stating "a minor child" and do not disclose the childs name. See 11 U.S.C 112 ; Fed.Bankr.P. 1007(m).

☐ Check this box if the debtor has no codebtors.

| Name and Address of Codebtor | Name and Address of Creditor |
|---|---|
| **KELLIE M. CRNKOVICH** | **BANK OF AMERICA**<br>**P.O. BOX 15710**<br>**WILMINGTON DE   19886-5710** |

Official Form 6I (10/06) West Group, Rochester, NY

In re **Marco   Gutierrez and Jennifer Gutierrez**                          , Case No. _____
                                     **Debtor(s)**                                                              **(If known)**

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child.

| Debtor's Marital | DEPENDENTS OF DEBTOR AND SPOUSE | | |
|---|---|---|---|
| Status: | RELATIONSHIP(S): | AGE(S): | |
| | | | |
| **EMPLOYMENT:** | **DEBTOR** | **SPOUSE** | |
| Occupation | | | |
| Name of Employer | | | |
| How Long Employed | | | |
| Address of Employer | | | |

| INCOME: (Estimate of average or projected monthly income at time case filed) | | DEBTOR | | SPOUSE |
|---|---|---|---|---|
| 1. Monthly gross wages, salary, and commissions (pro rate if not paid monthly) | $ | 0.00 | $ | 0.00 |
| 2. Estimate Monthly Overtime | $ | 0.00 | $ | 0.00 |
| 3. SUBTOTAL | $ | 0.00 | $ | 0.00 |
| 4. LESS PAYROLL DEDUCTIONS | | | | |
| a. Payroll Taxes and Social Security | $ | 0.00 | $ | 0.00 |
| b. Insurance | $ | 0.00 | $ | 0.00 |
| c. Union Dues | $ | 0.00 | $ | 0.00 |
| d. Other (Specify): | $ | 0.00 | $ | 0.00 |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ | 0.00 | $ | 0.00 |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ | 0.00 | $ | 0.00 |
| 7. Regular income from operation of business or profession or farm (attach detailed statement) | $ | 0.00 | $ | 0.00 |
| 8. Income from Real Property | $ | 0.00 | $ | 0.00 |
| 9. Interest and dividends | $ | 0.00 | $ | 0.00 |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above. | $ | 0.00 | $ | 0.00 |
| 11. Social Security or government assistance Specify: | $ | 0.00 | $ | 0.00 |
| 12. Pension or retirement income | $ | 0.00 | $ | 0.00 |
| 13. Other monthly income Specify: | $ | 0.00 | $ | 0.00 |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ | 0.00 | $ | 0.00 |
| 15. AVERAGE MONTHLY INCOME   (Add amounts shown on lines 6 and 14) | $ | 0.00 | $ | 0.00 |
| 16. COMBINED AVERAGE MONTHLY INCOME:   (Combine column totals from line 15; if there is only one debtor repeat total reported on line 15) | | $ | 0.00 | |

(Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:

In re **Marco** *Gutierrez and Jennifer Gutierrez* ,          **Case No.** _____

Debtor(s)                                                                (if known)

# SCHEDULE J-CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family. Pro rate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | |
|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) ........................................................................ | $........................0.00 |
|    a. Are real estate taxes included?   Yes ☐  No ☒ | |
|    b. Is property insurance included?   Yes ☐  No ☒ | |
| 2. Utilities: a. Electricity and heating fuel   ........................................................................ | $........................0.00 |
|    b. Water and sewer | $........................0.00 |
|    c. Telephone   ........................................................................ | $........................0.00 |
|    d. Other | $........................0.00 |
|    Other   ........................................................................ | $........................0.00 |
|    Other | $........................0.00 |
| 3. Home maintenance (repairs and upkeep) ........................................................................ | $........................0.00 |
| 4. Food | $........................0.00 |
| 5. Clothing ........................................................................ | $........................0.00 |
| 6. Laundry and dry cleaning | $........................0.00 |
| 7. Medical and dental expenses   ........................................................................ | $........................0.00 |
| 8. Transportation (not including car payments) | $........................0.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. ........................................................................ | $........................0.00 |
| 10. Charitable contributions | $........................0.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | |
|    a. Homeowner's or renter's ........................................................................ | $........................0.00 |
|    b. Life | $........................0.00 |
|    c. Health   ........................................................................ | $........................0.00 |
|    d. Auto | $........................0.00 |
|    e. Other   ........................................................................ | $........................0.00 |
|    Other | $........................0.00 |
|    Other ........................................................................ | $........................0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage) | |
| (Specify) | $........................0.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | |
|    a. Auto   ........................................................................ | $........................0.00 |
|    b. Other: | $........................0.00 |
|    c. Other: ........................................................................ | $........................0.00 |
|    d. Other: | $........................0.00 |
| 14. Alimony, maintenance, and support paid to others   ........................................................................ | $........................0.00 |
| 15. Payments for support of additional dependents not living at your home | $........................0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement)   ........................................................................ | $........................0.00 |
| 17. Other: | $........................0.00 |
|    Other: ........................................................................ | $........................0.00 |
|    Other: | $........................0.00 |
| 18. AVERAGE MONTHLY EXPENSES  Total lines 1-17. Report also on Summary of Schedules | $       0.00 |
|    and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | |
| 19. Describe any increase or decrease In expenditures reasonably anticipated to occur within the year following the filing of this document: | |
| 20. STATEMENT OF MONTHLY NET INCOME | |
|    a. Average monthly income from Line 16 of Schedule I | $       0.00 |
|    b. Average monthly expenses from Line 18 above | $       0.00 |
|    c. Monthly net income (a. minus b.) | $       0.00 |

Form 7 (4/07) Thomson West, Rochester, NY

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA

Case No.

In re:*Marco Gutierrez*
    *aka Gutierrez, Marco, Antonio*
    *and*
    *Jennifer Gutierrez*
    *aka Gutierres, Jennifer, Vera*
    *aka Lee, Jennifer, Vera*

## STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. Do not include the name or address of a minor child in this statement. Indicate payments, transfers and the like to minor children by stating "a minor child." See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1-18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19-25. If the answer to an applicable question is "None," or the question is not applicable, mark the box labeled "None." If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

## DEFINITIONS

"In business." A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within the six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor my also be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

"Insider." The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporation debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. §101.

## 1. Income from employment or operation of business

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the two years immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                          SOURCE

*Year to date:$200,000*        *Marco Gutierrez*
    *Last Year:$1.7*            *Hidalgo Properties*
*million(2006)*                 *Hidalgo Properties*
*Year before:$460,000(2005)*

## 2. Income other than from employment or operation of business

State the amount of income received by the debtor other than from employment, trade, profession, operation of the debtor's business during the two years immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

☒ NONE

Statement of Affairs - Page 1

Case: 07-42634    Doc# 1    Filed: 08/20/07    Entered: 08/20/07 17:31:55    Page 35 of 49
Case: 11-45612    Doc# 18-1    Filed: 06/15/11    Entered: 06/15/11 15:23:28    Page 36
of 52

## 3. Payments to creditors

Complete a. or b., as appropriate, and c.

a. Individual or joint debtor(s) with primarily consumer debts: List all payments on loans, installment purchases of goods or services, and other debts to any creditor, made within 90 days immediately preceding the commencement of this case if the aggregate value of all property that constitutes or is affected by such transfer is not less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency.(Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

☒ NONE

b. Debtor whose debts are not primarily consumer debts: List each payment or other transfer to any creditor made within 90 days immediately preceding the commencement of the case if the aggregate value of all property that constitutes or is affected by such transfer is not less than $5,475. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

☒ NONE

c. All debtors: List all payments made within one year immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and joint petition is not filed.)

☒ NONE

## 4. Suits and administrative proceedings, executions, garnishments and attachments

a. List all suits and administrative proceedings to which the debtor is or was a party within one year immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| *Chase Bank USA v. Jennifer Gutierrez L07-03552* | *Complaint for Money Limited Civil* | *Superior Court of California County of Contra Costa* | *Judgment* |

b. Describe all property that has been attached, garnished or seized under any legal or equitable process within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| *Name:Reconstruct Company, N.A. Address:1757 Tapo Canyon Road SVW-88 SIMI VALLEY, CA 93063* | *8/22/2007* | *Description:3985 Bolinas Place Discovery Bay, CA 94514 Value:* |
| *Name:Excel National Bank Address:3920 Brich Street, Suite 104 Newport BEach, CA 92660* | | *Description:500 E. Yosemite Madera, CA Value:390,000.00* |

## 5. Repossessions, foreclosures and returns

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within one year immediately preceding the commencement of this case.(Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

QUESTION 5 CONTINUED ...

| NAME AND ADDRESS<br>OF CREDITOR OR SELLER | DATE OF<br>REPOSSESSION<br>FORECLOSURE SALE,<br>TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| *Name:First American Title*<br>*Insurance Company*<br>    *First American*<br>*Loanstart Trustee Services*<br><br>*Address:3 First American Way*<br>    *Santa Ana, CA*<br>*92707* | *June 2007* | *Description:2024 Hillcrest Ave*<br>    *Antioch, CA.*<br>*94509*<br>*Value: $650,000.00* |
| *Name:*<br>*Address:* | *july 2007* | *Description:4354 Malana Way*<br>    *Rancho Cordova,*<br>*CA 95742*<br>*Value:$1,200,000.00* |
| *Name:*<br>*Address:* | | *Description:201 Calcite*<br>    *Lathrop, CA*<br>*Value:* |
| *Name:*<br>*Address:* | | *Description:6946 Jamestree Way*<br>    *Citrus Heights,*<br>*CA. 95610*<br>*Value:* |
| *Name:*<br>*Address:* | | *Description:1813 Kern Mountain*<br>    *Antioch, CA 94531*<br>*Value:* |
| *Name:*<br>*Address:* | | *Description:416 Plymouth Court*<br>    *Discovery Bay,*<br>*CA. 94514*<br>*Value:* |
| *Name:*<br>*Address:* | | *Description:2002 BMW 745*<br>*Value:* |
| *Name:*<br>*Address:* | | *Description:2005 Infinity*<br>*Value:* |

## 6. Assignments and receiverships

a. Describe any assignment of property for the benefit of creditors made within 120 days immediately preceding the commencement of this case.(Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

☒ NONE

b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within one year immediately preceding the commencement of this case.(Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

☒ NONE

## 7. Gifts

List all gifts or charitable contributions made within one year immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient.(Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

☒ NONE

## 8. Losses

List all losses from fire, theft, other casualty or gambling within one year immediately preceding the commencement of this case or since the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

☒ NONE

## 9. Payments related to debt counseling or bankruptcy

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within one year immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYER IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| *Payee: Mufthiha Sabaratnam, Esq.* *Address:* *1300 Clay Street* *Suite 600* *Oakland, CA 94612* | *Date of Payment:8/7/07* *Payor: Marco  Gutierez* | *$10,000 pre filing services* *and filing fee of $1039* *Hourly fee: $300.00* |

## 10. Other transfers

a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within two years immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

☒ NONE

b. List all property transferred by the debtor within ten years immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a benificiary.

☒ NONE

## 11. Closed financial accounts

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within one year immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|
| *Institution:Bank of America* *P.O. Box 37176* | *Account Type and* *No.:Checking/ Acct* | |

QUESTION 11 CONTINUED ...

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|
| *San Francisco, CA 94137* | *#:10883-02389*<br>*Final Balance:$0.00* | |
| *Institution:Bank of America*<br>*Address:* | *Account Type and*<br>*No.:18199-40513*<br>*Final Balance:$0.00* | |
| *Institution:Bank of America*<br>*Address:P.O. Box 37176*<br>*san Francisco, CA 94137* | *Account Type and No.:*<br>*Prima Interest Checking*<br>*Account No: 21998-41407*<br>*Final Balance:$0.00* | |
| *Institution:Bank of America*<br>*Address: P.O. Box 37176*<br>*San Francisco,*<br>*CA* | *Account Type and*<br>*No.:Business MOney Market*<br>*Case*<br>*No: 10687-15917*<br>*Final Balance:$0.00* | |

## 12. Safe deposit boxes

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within one year immediately preceding the commencement of this case.(Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

☒ NONE

## 13. Setoffs

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within 90 days preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

☒ NONE

## 14. Property held for another person

List all property owned by another person that the debtor holds or controls.

☒ NONE

## 15. Prior address of debtor

If the debtor has moved within three years immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

☒ NONE

## 16. Spouses and Former Spouses

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within eight years period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

☒ NONE

Statement of Affairs - Page 5

Case: 07-42634   Doc# 1   Filed: 08/20/07   Entered: 08/20/07 17:31:55   Page 39 of 49
Case: 11-45612   Doc# 18-1   Filed: 06/15/11   Entered: 06/15/11 15:23:28   Page 40
of 52

## 17. Environmental Information

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to disposal sites.

"Hazardous Material" means anything defined as hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

### ☒ NONE

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

### ☒ NONE

c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law, with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

### ☒ NONE

## 18. Nature, location and name of business

a. If the debtor is an individual, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within six years immediately preceding the commencement of this case.

If the debtor is a partnership, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within six years immediately preceding the commencment of this case.

If the debtor is a corporation, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within six years immediately preceding the commencment of this case.

| NAME AND ADDRESS | LAST FOUR DIGITS OF SOC. SEC. NO./ COMPLETE EIN OR OTHER TAXPAYER I.D. | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|
| **Debtor is an Individual: Business: Hidalgo Properties Address:3727 Sunset Ln Ste 210** | **ID:94-08566** | **Real Estate** | |
| **Antioch, CA** | | | |
| **94509-6135** | | | |

b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

### ☒ NONE

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within six years immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)

## 19. Books, records and financial statements

a. List all bookkeepers and accountants who within two years immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

☒ NONE

b. List all firms or individuals who within two years immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

☒ NONE

c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

NAME AND ADDRESS

*Name: Jennifer Gutierrez*
*Address: 3985 Bolinas Place*
*Discovery Bay, CA*

d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within two years immediately preceding the commencement of this case.

☒ NONE

## 20. Inventories

a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

☒ NONE

b. List the name and address of the person having possession of the records of each of the inventories reported in a., above.

☒ NONE

## 21. Current Partners, Officers, Directors and Shareholders

a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

☒ NONE

b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

☒ NONE

Form 7 (4/07) Thomson West, Rochester, NY

## 22. Former partners, officers, directors and shareholders

a. If the debtor is a partnership, list each member who withdrew from the partnership within one year immediately preceding the commencement of this case.

☒ NONE

b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within one year immediately preceding the commencement of this case.

☒ NONE

## 23. Withdrawals from a partnership or distribution by a corporation

If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during one year immediately preceding the commencement of this case.

☒ NONE

## 24. Tax Consolidation Group.

If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within six years immediately preceeding the commencement of the case.

☒ NONE

## 25. Pension Funds.

If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within six years immediately preceding the commencement of the case.

☒ NONE

*[If completed by an individual or individual and spouse]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date **8/20/2007**      Signature *ISI Marco Gutierrez*
of Debtor

Date **8/20/2007**      Signature *ISI Jennifer Gutierrez*
of Joint Debtor
(if any)

Rule 2016(b) (8/91) West Group, Rochester, NY

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA

In re **Marco Gutierrez**
**aka Gutierrez, Marco, Antonio**
   **and**
**Jennifer Gutierrez**
**aka Gutierres, Jennifer, Vera**
**aka Lee, Jennifer, Vera**

Case No.
Chapter **11**

_____ / Debtor

Attorney for Debtor: **Mufthiha Sabaratnam, Esq.**

## STATEMENT PURSUANT TO RULE 2016(B)

The undersigned, pursuant to Rule 2016(b), Bankruptcy Rules, states that:

1. The undersigned is the attorney for the debtor(s) in this case.

2. The compensation paid or agreed to be paid by the debtor(s), to the undersigned is:
   a) For legal services rendered or to be rendered in contemplation of and in connection with this case . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . \$ _____ **30 0.00/hour**
   b) Prior to the filing of this statement, debtor(s) have paid . . . . . . . . . . . . . . \$ _____ **10, 00 0.00**
   c) The unpaid balance due and payable is . . . . . . . . . . . . . . . . . . . . . . . . . . . . \$ _____ **0.00**

3. \$ _____ **1,039.00** _____ of the filing fee in this case has been paid.

4. The Services rendered or to be rendered include the following:
   a) Analysis of the financial situation, and rendering advice and assistance to the debtor(s) in determining whether to file a petition under title 11 of the United States Code.
   b) Preparation and filing of the petition, schedules, statement of financial affairs and other documents required by the court.
   c) Representation of the debtor(s) at the meeting of creditors.

5. The source of payments made by the debtor(s) to the undersigned was from earnings, wages and compensation for services performed, and
   **None other**

6. The source of payments to be made by the debtor(s) to the undersigned for the unpaid balance remaining, if any, will be from earnings, wages and compensation for services performed, and
   **None other**

7. The undersigned has received no transfer, assignment or pledge of property from debtor(s) except the following for the value stated:
   **None**

8. The undersigned has not shared or agreed to share with any other entity, other than with members of undersigned's law firm, any compensation paid or to be paid except as follows:
   **None**

Dated: **8/20/2007**                    Respectfully submitted,

x _/S/ Mufthiha Sabaratnam_
Attorney for Petitioner: **Mufthiha Sabaratnam, Esq.**
**SABARATNAM & ASSOCIATES**
**1300 Clay Street**
**Suite 600**
**Oakland CA   94612**

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA

In re *Marco Gutierrez*
  *aka Gutierrez, Marco, Antonio*
  *and*
  *Jennifer Gutierrez*
  *aka Gutierres, Jennifer, Vera*
  *aka Lee, Jennifer, Vera*

Case No.
Chapter *11*

_____ / Debtor

Attorney for Debtor: *Mufthiha Sabaratnam, Esq.*

## COVER SHEET FOR LIST OF CREDITORS

I hereby certify under penalty of perjury that the attached list of creditors, which consists of ___*5*___ pages,

is true, correct and complete to the best of my knowledge.

Date: *8/20/2007*

/S/ Marco Gutierrez
Debtor

/s/ Jennifer Gutierrez
Joint Debtor

/S/ Mufthiha Sabaratnam

*Mufthiha Sabaratnam, Esq.*
*Attorney for the debtor(s)*
*1300 Clay Street*
*Suite 600*
*Oakland, CA 94612*

1ST UNITED SERVICES CREDIT UNI
P O BOX 11746
PLEASANTON  CA  94588


AMC MORTGAGE SERVICES
505 City Parkway South #10
ORANGE  CA  92866-3424


ANTIOCH COMMUNITY CREDIT UNION   .
301 G Street
ANTIOCH  CA  94509


ANTIOCH SCHOOLS FCU
P O BOX 2566
ANTIOCH  CA  94531


AUBURN JUSTICE COURT
11544 B AVENUE
AUBURN  CA  95603


BANK OF AMERICA
P O BOX 15710
WILMINGTON  DE  19886-5710


CHASE BANK/LEGAL DEPT
300 S  GRAND AVENUE 4TH FLOOR


CONTRA COSTA CITY RECORDER
725 COURT STREET
MARTINEZ  CA  94553

4500 Park Granada
CALABASAS CA 91302


CREDIT COLLECTION SERVICES
TWO WELLS AVENUE
NEWTON MA 02459


DELTA MUNICIPAL COURT
P O BOX 431
PITTSBURG CA 94565


EXCEL NATIONAL BANK
3920 BIRCH STREET SUITE 104
NEWPORT BEACH CA


FRANCHISE TAX BOARD
P O BOX 942867
SACRAMENTO CA 94267-0011


HARLEY-DAVIDSON CREDIT
1000 ARDEN WAY
SACRAMENTO CA 95615


INDYMAC BANK
P O BOX 78826
PHOENIX AZ 85062-2930

IRS
1301 CLAY STREET
OAKLAND CA 94612


JOHNSON MORGAN & WHITE
6800 BROKEN SOUND PARKWAY
BOCA RATON FL 33487


LTD Financial Services
7322 Southwest Freeway
Suite 1600
HOUSTON TX 77074


MADERA COUNTY RECORDER
209 WEST YOSEMITE AVENUE
MADERA CA 93637


NATIONAL CITY MORTGAGE
P O Box 1820
DAYTON OH 45401


NELNET INC
P O Box 2970
OMAHA NE 68103-2970


PG&E
P O BOX 997300
SACRAMENTO CA 95899-7300

Pool Chlor Mechanical
291 Rickenbacker Circle
LIVERMORE  CA  94551


RMS
340 INTERSTATE N  PARKWAY
P O  BOX 723001
ATLANTA  GA  31139-0001


SACRAMENTO COUNTY RECORDER
600 EIGHTH STREET
SACRAMENTO  CA  95814


SALLIE MAE
P O  BOX 9500
WILKES BARRE  PA  18773-9500


SPECIALIZED LOAN SERVICES
8742 LUCENT BLVD
SUITE 300
HIGHLANDS RANCH  CO  80129


TULARE COUNTY RECORDER
COUNTY CIVIC CNETER
VISALIA  CA  93291


US Express Leasing
C/O Johnson  Morgan & White
6800 Broken Sound Parkway
BOCA RATON  FL  33487

WASHINGTON MUTUAL BANK
P O BOX 23990
OAKLAND CA 94623

WASHINGTON MUTUAL BANK
P O BOX 78065
PHOENIX AZ 85062-8065

WILSHIRE CREDIT CORP
P O BOX 8517
PORTLAND OR 97207-8517



**Signed: April 23, 2008**

Leslie Tchaikovsky

**LESLIE TCHAIKOVSKY**
**U.S. Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

In re: Marco Gutierrez
Jennifer Gutierrez

Case Number: 07-42634 T7

Chapter: 7

Debtor(s)/

## ORDER OF DISMISSAL

Debtor(s) having failed to comply with this Court's order dated 3/12/08, and no

objections having been filed,

THIS CASE IS HEREBY **DISMISSED.**

**\*\*END OF ORDER\*\***

1

2

3
**COURT SERVICE LIST**

All Recipients

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25