Entered on Docket
August 12, 2011
GLORIA L. FRANKLIN, CLERK
U.S BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

The following constitutes
the order of the court. Signed August 11, 2011

_____
William J. Lafferty, III
U.S. Bankruptcy Judge

1  BARBARA A. MATTHEWS (SBN 185094)
   Assistant U.S. Trustee
2  LYNETTE C. KELLY (SBN 120799)
   Trial Attorney
3  UNITED STATES DEPARTMENT OF JUSTICE
   Office of the United States Trustee
4  1301 Clay Street, Suite 690N
   Oakland, California 94612-5217
5  Telephone: (510) 637-3200
   lynette.c.kelly@usdoj.gov

Attorneys for Acting United States Trustee,
AUGUST B. LANDIS

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA

In re:                                      )   Case No. 11-45612 WJL
                                            )
MARCO ANTONIO GUTIERREZ,                    )   Chapter 7
                                            )
            Debtor.                         )   Date: July 20, 2011
                                            )   Time: 9:30 a.m.
                                            )   Place: 1300 Clay Street, Oakland, CA
                                            )          Courtroom 220

## ORDER DISMISSING CASE

August B. Landis, the Acting U.S. Trustee, having filed a Motion to Dismiss the above-captioned case, no opposition having been filed, a hearing having been held at the above date, time and location, Lynette C. Kelly having appeared on behalf of the Acting U.S. Trustee, and for the reasons noted on the record, and good cause appearing thereon, it is hereby

ORDERED, that this case shall be, and hereby is, dismissed with prejudice. The Court will notify the clerk of the court that any future filings by Marco Gutierrez are to be brought to the attention of the assigned judge for immediate disposition.

**************End of Order*************

Order
11-45612 WJL                                                                                    1

| | |
|---|---|
| 1 | <u>Court's Service List</u> |
| 2 | |
| 3 | Office of the United States Trustee<br>1301 Clay Street, Suite 690N<br>Oakland, CA 94612 |
| 4 | **<u>Debtor</u>**: |
| 5 | |
| 6 | Marco Gutierrez<br>8060 Balfour Road<br>Brentwood, CA 94513 |
| 7 | **<u>Trustee</u>** |
| 8 | |
| 9 | Lois I. Brady<br>P.O. Box 12425<br>Oakland, CA 94604 |
| 10–28 | |

Order
11-45612 WJL

2

Case: 11-45612    Doc# 24    Filed: 08/11/11    Entered: 08/12/11 11:07:43    Page 2 of 2